# EXHBIT A



# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayne Teigle Clazett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-083-246**

**Effective Date of Registration:**
August 25, 2017

---

## Title

**Title of Work:** KL-50918

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** KILINA AMERICA, INC
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** KILINA AMERICA, INC
1368 E. WASHINGTON BLVD, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** KILINA AMERICA, INC
**Email:** kilinausa@gmail.com

## Certification

**Name:** Chang Young Lee
**Date:** August 25, 2017

Page 1 of 1

EXHIBIT C











95% Polyester/Poliester
5% Spandex/Elastano

Hand Wash Cold
Do Not Bleach/Do Not Iron
Hang or Line Dry
Lave Frio A Mano
No Cloro/No Plancha
Secar Colgado

Made In USA
Hecho En EUA

RN # 138750

STYLE# T7351PL
CUT# 71977
1XL/1XG



BLUEBELL

95%
5%

819
BLUE BELL
T7351PL PLUS
TOP
ASSORTED C
260218 006
Size: 1X
$18.99



95% Polyester/Poliester
5% Spandex/Elastano

Hand Wash Cold
Do Not Bleach/Do Not Iron
Hang or Line Dry
Lave Frio A Mano
No Cloro/No Plancha
Secar Colgado

Made In USA
Hecho En EUA

RN # 138750

STYLE# T7351PL
CUT# 71977
1XL/1XG



**Q #423**
**3525 CARSON ST #XK**
**TORRANCE, CA 90503**
**310-370-0140**
Receipt#:    423-27038-3
Tran Date:   08/24/18 03:58 PM
Cashier:     Rodriguez, Alene
Customer:    -

| Item | Description | Qty | Tax | Amount |
|------|-------------|-----|-----|--------|
| 3010082111 | TOP | 1 | Y | 18.99 |
| 3010082111 | TOP | 1 | Y | 18.99 |

| | | |
|---|---|---|
| Total Qty | 2 | |
| Sub Total | | 37.98 |
| Tax (9.5000%) | | 3.61 |
| Total | | 41.59 |

Payment: 1.ATM              41.59
Change                      0.00

- RETURN & EXCHANGE POLICY -

NO REFUNDS !!
ONE TIME EXCHANGE ONLY.

Q DOES NOT GIVE REFUNDS!!
Q WILL ACCEPT RETURNS AND
EXCHANGES BASED ON THE FOLLOWING
REQUIREMENTS.

EXCHANGES MUST BE MADE WITHIN
14 DAYS OF ORIGINAL PURCHASE DATE
RECEIPT. MERCHANDISE THAT HAS BEEN
DAMAGED, WORN AND / OR WASHED
WILL NOT BE ELIGIBLE FOR EXCHANGE.

ALL EXCHANGE MERCHANDISE MUST
HAVE TAGS ATTACHED WITH ORIGINAL
PURCHASE DATE RECEIPT.
NO EXCEPTIONS!!!

NON-RETURNABLE /
EXCHANGEABLE ITEMS

ALL PARTY DRESSES, ACCESSORIES,
HATS, COSMETICS,JEWELRY, BELTS,
LEGGINGS, PURSES, SHOES,
UNDERWEARAND SALE/DISCOUNT ITEMS
ARE FINAL SALES.

WE ARE NOT RESPONSIBLE FOR ANY
DAMAGES TO MERCHANDISES THAT LEFT
OUR STORES AFTER PURCHASE.

THANK YOU FOR SHOPPING AT Q.

| | |
|---|---|
| Type | RN |
| No. | 138750 |
| Legal Business Name | CEREZA INC. |
| Company Name | DBA NEW MODE |
| Company Type | CORPORATION |
| Business Type | WHOLESALER |
| Product Line | WOMENS GARMENTS |
| Material | |

**Street Address:**

| | |
|---|---|
| Address Line 1 | 1100 S. SAN PEDRO STREET |
| Address Line 2 | O-10 |
| City | LOS ANGELES |
| State | CALIFORNIA |
| Zip | 90015 |

**Mailing Address:**

| | |
|---|---|
| Address Line 1 | 1100 S. SAN PEDRO STREET |
| Address Line 2 | O-10 |
| City | LOS ANGELES |
| State | CALIFORNIA |
| Country | UNITED STATES |
| Zip | 90015 |
| URL | |





# Fashion Q

8826 Washington Blvd.
Pico Rivera, CA 90660
562-395-7726

Receipt#:02-772560-2
Tran Date:09/21/18 05:43 PM
Cashier:Nunez, Blanca
Customer:-

| Item | Description | Qty | Tax | Amount |
|------|-------------|-----|-----|--------|
| 3773224011 | DO.PLUS KO | 1 | Y | 18.99 |
| 3773224022 | DO.PLUS KO | 1 | Y | 18.99 |

```
        Total Qty        2
                  Sub Total    37.98
              Tax (10.25%)      3.89
                     Total     41.87
=====================================
Payment: 1.CASH              100.00
Change                        58.13
- - - - - - - - - - - - - - - - - - -
```

NO REFUNDS. Exchange or store credit only,
within 14 days, with receipt.
Accessories,Party Dress, Under wear, Purse, Sale
 Item, Swimwear, Shoes are all final sales.
Merchandise that is unworn and unwashed
and not damaged can be returned for store
credit or exchange.
Sale prices may vary for each location.